*E-FILED 10/29/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 1-800 CONTACTS, INC., | NO. C 07-80224 MISC JF (RS) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MANILA INDUSTRIES, INC., NETSPHERE, INC., et al., | |
| Defendants. | |

On September 14, 2007, defendants filed a "notice of motion and motion to quash or modify the subpoenas to Google and Yahoo" in this miscellaneous action. Defendants have failed to notice the motion on the undersigned's motion calendar despite repeated requests to do so by court staff. Accordingly, defendants shall appear on November 21, 2007, at 9:30 a.m. and show cause why this action should not be dismissed for lack of prosecution. If defendants notice the motion for hearing prior to that date, this order to show cause will be discharged and no appearance will be necessary. Failure to respond or appear will result in dismissal.

IT IS SO ORDERED.

Dated: October 29, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER TO SHOW CAUSE
C 07-80224 MISC JF (RS)

1

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 John W. MacPete    jmacpete@lockeliddell.com

3 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

4

5 **AND A COPY OF THIS ORDER WAS MAILED TO:**

6 John W. MacPete, Esq.
Locke Liddell & Sapp
7 2200 Ross, Ste 2200
Dallas, TX 75201
8

9 **Dated:   10/29/07**                                              **Chambers of Judge Richard Seeborg**

10

11                                                                            **By:**      /s/ BAK