UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __1 MIN

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__          DATE: __11/21/07__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                           CASE #: __C07-80224MISC-JF(RS)__

CASE TITLE: __1-800 CONTACTS, INC__   VS.   __MANILA INDUSTRIES, INC., ET AL__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__NO APPEARANCES__                        __NO APPEARANCES__

**TODAY'S PROCEEDINGS**

{X} ORDER TO SHOW CAUSE   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1. _____
{ }     { }     { }     2. _____
{ }     { }     { }     3. _____
{ }     { }     { }     4. _____

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __NO APPEARANCES. COURT WILL ISSUE WRITTEN ORDER.__