**E-filed 12/4/07**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| 1-800 CONTACTS, INC., | Case No. CV-07-80224-MISC JF |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MANILA INDUSTRIES, INC., et al., | |
| Defendant. | |

In light of the recommendation to dismiss this matter by Magistrate Judge Richard Seeborg, and upon review of the case file in the above named matter, the Court hereby issues an ORDER TO DISMISS the action without prejudice, pursuant to Federal Rule Civil Procedure 41(b), for failure to prosecute.  The Clerk is directed to close the file.

DATED: 12/4/07

_____
JEREMY FOGEL
United States District Judge